IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-00506-WDM-OES (consolidated with 05-cv-00638-WDM-OES)

QWEST COMMUNICATIONS CORPORATION AND
QWEST CORPORATION,

    Plaintiffs,

v.

MCLEODUSA TELECOMMUNICATIONS SERVICE, INC.,

    Defendant.

---

**NOTICE OF DISMISSAL**

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal Without Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on July 12, 2005.

                                                          BY THE COURT:

                                                           /s/ Walker D. Miller
                                                           United States District Judge

PDF FINAL